UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. **08 CR 50024** |
| vs. | ) | Violation: Title 18, United States |
| | ) | Code, Section 922(g)(1) |
| MARIO L. YOUNG | ) | |

The FEBRUARY 2008 GRAND JURY charges:

On or about March 21, 2008, at Rockford, in the Northern District of Illinois, Western Division,

MARIO L. YOUNG,

defendant herein, previously having been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly did possess a firearm and ammunition, namely:

an Iver Johnson Arms & Cycle Works, .38 caliber revolver handgun with serial number 39994,

and five .38 caliber, Smith & Wesson bullets,

which possession was in and affecting commerce in that the firearm and ammunition had previously been transported in interstate commerce;

In violation of Title 18, United States Code, Section 922(g)(1).



FILED
MAY 20 2008
MAGISTRATE JUDGE P. MICHAEL MAHONEY
United States District Court

## FORFEITURE ALLEGATION

The FEBRUARY 2008 GRAND JURY further charges:

1. The allegations contained in the Indictment are realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. As a result of his violation of Title 18, United States Code, Section 922(g)(1), as alleged in the foregoing Indictment,

MARIO L. YOUNG,

defendant herein, shall forfeit to the United States, pursuant to Title 28, United States Code, Section 2461(c), any and all right, title, and interest he may have in any property involved in the charged offense.

3. The interest of the defendant subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c) is an Iver Johnson Arms & Cycle Works, .38 caliber revolver handgun with serial number 39994, and five .38 caliber, Smith & Wesson bullets;

All pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY

2



No.: 08CR50024

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

UNITED STATES OF AMERICA

vs.

MARIO L. YOUNG

**INDICTMENT**

Violation(s): Title 18, United States Code, Sections 922(g)

A true bill.
_____
Foreman

Filed in open court this ___ day of _____, A.D. 20__
_____
Clerk

Bail: $ _____

**FILED**

MAY 20 2008

MAGISTRATE JUDGE P. MICHAEL MAHONEY
United States District Court