Case Number: **08 CR 500 24**
Case Name: U.S. v. Mario Young

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**FILED**

DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

MAY 2 0 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints?
   NO ☒   YES ☐   If the answer is "Yes", list the case number and title of the earliest filed complaint.

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations?
   NO ☒   YES ☐   If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

3) Is this a re-filing of a previously dismissed indictment or information?   NO ☒   YES ☐
   If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court?
   NO ☒   YES ☐   If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District?   NO ☒   YES ☐

6) What level of offense is this indictment or information?   FELONY ☒   MISDEMEANOR ☐

7) **Does this indictment or information involve eight or more defendants?**   NO ☒   YES ☐

8) Does this indictment or information include a conspiracy count?   NO ☐   YES ☐

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

   ☐ Homicide .............. (II)              ☐ Income Tax Fraud ........... (II)        ☐ DAPCA Controlled Substances .... (III)
   ☐ Criminal Antitrust (II)                   ☐ Postal Fraud ............... (II)        ☐ Miscellaneous General Offenses .... (IV)
   ☐ Bank robbery .......... (II)              ☐ Other Fraud ................ (III)       ☐ Immigration Laws ............... (IV)
   ☐ Post Office Robbery ... (II)              ☐ Auto Theft ................. (IV)        ☐ Liquor, Internal Revenue Laws ...... (IV)
   ☐ Other Robbery ......... (II)              ☐ Transporting Forged Securities .. (III)  ☐ Food & Drug Laws .............. (IV)
   ☐ Assault ............... (III)             ☐ Forgery .................... (III)       ☐ Motor Carrier Act ............. (IV)
   ☐ Burglary .............. (IV)              ☐ Counterfeiting ............. (III)       ☐ Selective Service Act ......... (IV)
   ☐ Larceny and Theft ..... (IV)              ☐ Sex Offenses ............... (II)        ☐ Obscene Mail .................. (III)
   ☐ Postal Embezzlement ... (IV)              ☐ DAPCA Marijuana ............ (III)       ☒ Other Federal Statutes ........ (III)
   ☐ Other Embezzlement .... (III)             ☐ DAPCA Narcotics ............ (III)       ☐ Transfer of Probation Jurisdiction .. (V)

10) List the statute of each of the offenses charged in the indictment or information.
    Title 18, United States Code, Section 922(g)(1)

_____
MARK T. KARNER
Assistant United States Attorney

(Revised 12/99)