Minute Order Form (06/97)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | P. Michael Mahoney | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 50024-1 | **DATE** | May 20, 2008 |
| **CASE TITLE** | USA vs MARIO L. YOUNG | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

### GRAND JURY PROCEEDINGS

**DOCKET ENTRY:**

The Grand Jury for the February 2008 Session, a quorum being present, returns the above-entitled indictment in open Court this date before HONORABLE JUDGE P. MICHAEL MAHONEY

Arraignment set for May 29, 2008 at 11:00 am.

Grand Jury for the February 2008 Session,

By: _____ Foreperson.

United States Attorney: Mark Karner

(11) ☐ [For further detail see order (on reverse side of/attached to) the original minute order.]

- ☐ No notices required, advised in open court.
- ☐ No notices required.
- ☐ Notices mailed by judge's staff.
- ☐ Notified counsel by telephone.
- ✓ Docketing to mail notices.
- ☐ Mail AO 450 form.
- ☐ Copy to judge/magistrate judge.

courtroom deputy's initials: GG

**FILED**
MAY 20 2008
MAGISTRATE JUDGE P. MICHAEL MAHONEY
United States District Court

number of notices
date docketed
docketing deputy initials
date mailed notice

Date/time received in central Clerk's Office | mailing deputy initials

Document Number