UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

**FILED**

MAY 2 3 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 08 CR 50024 |
| | ) Magistrate Judge P. Michael Mahoney |
| MARIO L. YOUNG, | ) |
| | ) |

## PETITION FOR WRIT OF
## HABEAS CORPUS AD PROSEQUENDUM

TO: THE HONORABLE UNITED STATES MAGISTRATE JUDGE P. MICHAEL MAHONEY OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION.

The UNITED STATES OF AMERICA, by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, respectfully represents unto Your Honor that:

| | |
|---|---|
| Name: | MARIO L. YOUNG |
| Date of Birth: | 01/26/1981 |
| Sex: | Male |
| Race: | Black |
| Prisoner No.: | Unknown |

has been and now is, in due form and process of law, incarcerated in:

Winnebago County Jail
420 West State Street
Rockford, Illinois 61101

Your petitioner further represents unto the Court that the said defendant has been charged in the above captioned cause in the Western Division of the Northern District of Illinois with a violation of 18 U.S.C. 922(g)(1), and is now wanted in said division and

district at 11:00 a.m., on Thursday, May 29, 2008, for his initial appearance before United States Magistrate P. Michael Mahoney.

WHEREFORE, your petitioner prays for an Order directing the issuance of a Writ of Habeas Corpus Ad Prosequendum in this matter directed to the following persons:

| | |
|---|---|
| KIM WIDUP | RICHARD A. MEYERS |
| United States Marshal | Sheriff |
| 219 South Dearborn Street | Winnebago County |
| Room 2444 - Federal Building | 420 West State Street |
| Chicago, Illinois 60604 | Rockford, Illinois 61101 |

commanding said persons to produce the said defendant before the United States Magistrate Judge for the Northern District of Illinois, Western Division, at said time and on said date, and that when the said defendant shall be so produced pursuant to said Writ, and that when all proceedings have been concluded, that he be returned forthwith to said institution from which he was brought.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

BY: *Mark Karner*
MARK T. KARNER
Assistant United States Attorney
308 West State Street - Suite 300
Rockford, Illinois 61101
(815) 987-4444