## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Philip G. Reinhard | **Sitting Judge if Other than Assigned Judge** | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 50024 - 1 | **DATE** | 5/23/2008 |
| **CASE TITLE** | USA vs. MARIO YOUNG | | |

**DOCKET ENTRY TEXT:**

USA's petition for a writ of habeas corpus ad prosequendum as to Mario Young returnable before Judge Mahoney on May 29, 2008 at 11:00 am is granted. The clerk's office to issue writ.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | GG |
|---|---|---|