## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 50024 - 1 | **DATE** | 5/29/2008 |
| **CASE TITLE** | USA vs. MARIO YOUNG | | |

**DOCKET ENTRY TEXT:**

Arraignment/initial appearance proceedings held. Defendant appears in response to writ. Court appoints Paul Gaziano as counsel. Defendant enters plea of not guilty to indictment. Defendant informed of rights. 16.1 conference to be held by and financial affidavit due by June 5, 2008. Defendant's oral motion for time to July 14, 2008 to file pretrial motions is granted. USA's oral motion for the time of May 29, 2008 to and including July 14, 2008 to be deemed excludable under 18 USC 3161(h)(1) (X-E) is granted. Status hearing set for July 14, 2008 at 11:00 am. USA moves for detention. Detention hearing set for June 2, 2008 at 10:00 am.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | GG |
|---|---|---|