# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 50024 | **DATE** | 8/7/2008 |
| **CASE TITLE** | USA vs. Mario Young | | |

**DOCKET ENTRY TEXT:**

Status hearing held. Change of plea hearing set for August 25, 2008 at 9:30 a.m.

*Philip G. Reinhard*

Notices mailed by Judicial staff.

00:05

| | Courtroom Deputy Initials: | JT |
|---|---|---|